UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INNACIO DOS SANTOS MORAIS, on behalf on himself and others similarly situated

CIVIL ACTION NO.: 1:24-CV-4379

vs

DRG HOSPITALITY GROUP, INC. d/b/a DELMONICO'S and DENNIS TURCINOVIC

*Plaintiff*

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **6/20/2024** at **1:30 PM** at **56 Beaver Street, New York, NY 10004**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **DRG Hospitality Group, Inc. d/b/a Delmonico's**,

by delivering thereat a true copy of each to **Branko Vinsky** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Black/Gray
Age : 51 - 65 Yrs.
Height : 5' 9" - 6' 0"
Weight : 161-200 Lbs.
Other :

I affirm on 06/20/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Di Cong Jiang
License No.1220800

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160