UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INNACIO DOS SANTOS MORAIS, on behalf on himself and others similarly situated

CIVIL ACTION NO.: 1:24-CV-4379 (JPC)

*Plaintiff*

vs

DRG HOSPITALITY GROUP, INC. d/b/a DELMONICO'S and DENNIS TURCINOVIC

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **7/11/2024** at **4:16 PM** at **56 Beaver Street, New York, NY 10004**

undersigned served a(n) **Amended Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **DRG Hospitality Group, Inc. d/b/a Delmonico's**,

by delivering thereat a true copy of each to **Claire Zhu** personally, who stated that he/she is **authorized to accept service** thereof.

**Description of Person Served:**
Gender : Female
Skin : Asian (White)
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other : Hostess

I affirm on 07/11/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nicholai Aaron Granados
License No.2114994

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160